## IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

THE EYE CENTER OF CENTRAL
PENNSYLVANIA, LLP AND SCOTT
HARTZELL, M.D.,

              Respondents

v.

DANIEL FASSERO, M.D. AND CENTRAL
VISION EYECARE, LLC,

              Petitioners

: No. 549 MAL 2020
:
:
:
: Petition for Allowance of Appeal
: from the Order of the Superior Court
:
:
:
:
:
:
:
:
:

## ORDER

**PER CURIAM**

    **AND NOW**, this 8th day of March, 2021, the Petition for Allowance of Appeal is **DENIED**.

    Respondent's request for attorneys' costs and fees pursuant to Pa.R.A.P. 2744 is **DENIED**.